No. 85-5509.  CORBETT *v.* MINTZES, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 85-5524.  MCCORMICK *v.* CAIN, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 85-5525.  VEALE ET AL. *v.* VEALE ET AL.  C. A. 1st Cir. Certiorari denied.

No. 85-5527.  DAVIS *v.* FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON.  C. A. 3d Cir. Certiorari denied.

No. 85-5530.  CAREY *v.* MINNESOTA.  C. A. 8th Cir.  Certiorari denied.

No. 85-5536.  GANS *v.* MUNDY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 85-5539.  BUCHANAN *v.* REES, SUPERINTENDENT, KENTUCKY STATE REFORMATORY.  C. A. 6th Cir.  Certiorari denied.

No. 85-5540.  ABDUL-RAHIM *v.* HARDCASTLE, SHERIFF. C. A. 11th Cir.  Certiorari denied.

No. 85-5544.  WELCH *v.* OHIO; and
No. 85-5545.  PATTERSON *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.  Reported below: 18 Ohio St. 3d 88, 480 N. E. 2d 384.

No. 85-5547.  SPELLMAN *v.* INTEGON GENERAL INSURANCE CORP.  C. A. 4th Cir.  Certiorari denied.

No. 85-5550.  ADAMS *v.* BRIERTON ET AL.  C. A. 11th Cir. Certiorari denied.

No. 85-5560.  GANNON *v.* ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 85-5562.  ALMON *v.* SHARP ET AL.  Sup. Ct. Ala.  Certiorari denied.

No. 85-5566.  LOVELACE *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.